IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) | CIVIL ACTION NO. |
| | ) | 3:08-CV-73 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ENTRY OF DEFAULT** |
| L.A.D. 1603 LLC, | ) | |
| DONALD RICHARD LAINER, | ) | |
| ANDREA DORIS PATRIZI, AND | ) | |
| LOUIS PATRIZI, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS CAUSE COMING TO BE HEARD**, and being heard before the undersigned Clerk of Court pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of Plaintiff, Meineke Car Care Centers, Inc., for entry of default against Defendants; and

**IT APPEARING TO THE COURT** that a Verified Complaint was filed on February 22, 2008 and a Summons issued in this action on February 25, 2008, which Complaint and Summons were served on each of the Defendants on March 3, 2008 by one of two disinterested parties who are duly authorized to serve Summonses; and

**IT FURTHER APPEARING TO THE COURT** that no Answer or other responsive pleading has been filed by Defendants and that the time for Defendants to file an Answer or otherwise respond to Plaintiff's Complaint and Motion for Preliminary Injunction has expired.

**NOW, THEREFORE,** default is hereby entered against Defendants L.A.D. 1603 LLC, Donald Richard Lainer, Andrea Doris Patrizi, and Louis Patrizi in this action.

Signed: April 1, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court