IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:08cv73

| | |
|---|---|
| **MEINEKE CAR CARE CENTERS, INC.,** | )<br>)<br>) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )    **DEFAULT JUDGMENT** |
| **L.A.D. 1603 LLC,**<br>**DONALD RICHARD LAINER,**<br>**ANDREA DORIS PATRIZI, and**<br>**LOUIS PATRIZI,** | )<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff Meineke Car Care Centers, Inc. (Meineke) shall have and recover from the Defendants, jointly and severally, a judgment in the amount of $102,880.40, representing unpaid future franchise fees and advertising contributions together with unpaid equipment and software maintenance fees and insufficient funds fees owed to Meineke, plus interest from the date of entry of judgment at the federal rate set forth in 28 U.S.C. § 1961(a).

2. For a period of one (1) year from the date of termination, February 14, 2008, the Defendants L.A.D. 1603 LLC, Donald Richard Lainer, Andrea Doris Patrizi and Louis Patrizi shall not own, directly or indirectly (such as through corporations or other entities owned or controlled by them) a legal or beneficial interest in, manage, operate or consult with any business competitive with the Plaintiff operating at the premises of former Shop No. 1603, 1860 East Serene Avenue, Las Vegas, Nevada, or within a radius of six (6) miles of the premises of former Shop No. 1603 which business repairs or replaces exhaust system components, brake system components, or shocks and struts.

3. Defendants L.A.D. 1603 LLC, Donald Richard Lainer, Andrea Doris Patrizi and Louis Patrizi shall cease using and shall remove and/or have removed any names, marks, signs, forms, advertising, manuals, computer software, supplies, products, merchandise and all other things and materials of any kind which are identified or associated with the Meineke name, logo, marks or trade dress, or which contain a name, logo, mark or trade dress confusingly similar to the Meineke name, logo, marks or trade dress, including, but not limited to the black and yellow signage that lists Meineke's services and the Meineke signs.

4. Defendants L.A.D. 1603 LLC, Donald Richard Lainer, Andrea Doris Patrizi, and Louis Patrizi shall cease making any representation or statement that either the Defendants or the business located at 1860 East Serene Avenue, Las Vegas, Nevada or any business owned or operated by them is in any way approved, endorsed or licensed by Meineke, or is identified with Meineke in any way.

5. Defendants L.A.D. 1603 LLC, Donald Richard Lainer, Andrea Doris Patrizi and Louis Patrizi shall return to Meineke all signs, forms, manuals, supplies, computer software, products, merchandise and all other things and materials of any kind which are identified or associated in the mind of the consuming public with Meineke.

Martin Reidinger
United States District Judge

Signed: April 23, 2008